# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

In re:  MICHAEL MANN  Case No. 6:25-mc-7-MMH

_____

## O R D E R

In accordance with Local Rule 2.04(c)(4)(F), I designate Senior United States District Judge Anne C. Conway to address the Grievance Committee's probable cause finding as outlined in the Grievance Committee's Report and Recommendation (Doc. 118), filed in <u>Frederick Saunders v. Signature Flight Support, LLC</u>, Case No. 6:23-cv-230-RBD-LHP.  The Clerk is **directed** to place a copy of the Grievance Committee's Report (Doc. 118) in this file and make a notation on the <u>Saunders</u> docket that the grievance matters are being handled in this miscellaneous case.  The Clerk is further **directed** to reassign this miscellaneous case to Judge Conway.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of February, 2025.

*[signature]*

**MARCIA MORALES HOWARD**
Chief United States District Judge

copies:

Honorable Anne C. Conway
Senior United States District Judge

Michael Mann, Esquire